**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00222-REB-CBS

LARRY BEEN,

    Plaintiff,

v.

MEDICREDIT, INC., a Missouri corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulation of Dismissal With Prejudice** [#27][1] filed June 20, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#27] filed June 20, 2014, is **APPROVED**;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set November 21, 2014, are **VACATED**;

3. That the jury trial set to commence December 8, 2014, is **VACATED**; and

---

[1] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 20, 2014, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge